SAMUEL RICHMAN and Another v. DAVID POMPAN, Impleaded with LOUIS POLLAK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MAURICE GORDON and Another v. THE SHENK REALTY AND CONSTRUCTION COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK S. WEINSTEIN v. NATHAN J. MILLER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and motion for stay granted. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

JOHN J. FIRMES v. MOUNT HOPE CEMETERY ASSOCIATION and Others.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SPERDUTO.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ROSE MURPHY and Another v. A. BELMONT KINSTLER and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Another v. IMPERIAL ASSURANCE COMPANY. CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Another, Appellants, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK. CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Another, Appellants, v. NORTHERN INSURANCE COMPANY OF NEW YORK.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RIORDAN, KAUDER & CO., INC., v. CHRISTOPHER H. COUGHLIN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

INDUSTRIAL ENGINEERING COMPANY v. REPUBLIC STORAGE COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE TRAVELERS INSURANCE COMPANY v. EDWARD A. THOMPSON, INC., and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK H. TYLER and Others v. THOMAS FAIRSERVIS and Others. DAVID J. REINHARDT, JR., Receiver for the UNION NATIONAL CORPORATION, Petitioner, Appellant. — Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY. TRANS-ATLANTIC SHIPPING COMPANY, INC. (ERNEST MATTUTAT, Prop.), Defendants. JAMES A. BEHA, Superintendent of Insurance, etc., v. TRANSATLANTIC SHIPPING Co., INC. (ERNEST MATTUTAT, Proprietor).— Motion granted so far as to permit applicant, Ferdinand I. Haber, to file a brief as *amicus curiæ* upon said appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.